UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROSE UNDERWOOD and JUDITH B. REED, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:05-CV-497 |
| ) | (Phillips) |
| TENNESSEE STATE BANCSHARES, INC., et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The defendants have moved to continue the trial of this case, stating that the Federal Reserve will be conducing its annual Safety and Soundness examination of defendant Tennessee State Bank sometime in January 2009. The individuals who are going to be needed to testify during the trial of this case will also have to be available to participate in the Federal Reserve examination, which will severely hinder their ability to contribute to the preparation of defendants for the January 19, 2009 trial. The plaintiffs have not opposed the motion, therefore, for the good cause stated, the defendant' motion to continue the trial of this case [Doc. 27] is **GRANTED.**

1. The trial of this case is continued and shall commence on **August 17, 2010.**

2. A final pretrial conference shall be held in this case on **August 9, 2010 at 1:00 p.m.**

3. All deadlines contained in the scheduling order previously entered in this case shall be adjusted to correspond to the new trial date.

**IT IS SO ORDERED.**

**ENTER:**

<u>    s/ Thomas W. Phillips    </u>
United States District Judge