UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROSE UNDERWOOD and JUDITH B. REED, )
                                                          )
     Plaintiffs,                               )
                                                          )
v.                                                     )     No. 3:05-CV-497
                                                      )     (Phillips)
TENNESSEE STATE BANCSHARES, INC., et al, )
                                                        )
     Defendants.                      )

## ORDER

The parties have jointly moved to continue the trial of this case which is presently scheduled for August 17, 2010. In support of their motion, the parties state that they need additional time to complete discovery in the case and to explore settlement. Accordingly, for the good cause stated, the parties' joint motion to continue the trial of this case [Doc. 36] is **GRANTED**.

    1.    The trial of this case is continued and shall commence on **October 25, 2011**.

    2.    All deadlines contained in the scheduling order previously entered in this case shall be adjusted to correspond to the new trial date.

IT IS SO ORDERED.

                ENTER:

                                          s/ Thomas W. Phillips
                                          United States District Judge